UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

Vs.                                  CRIMINAL ACTION NO. 3:22-CR-00037-RGJ

JERLEN HORTON                                           DEFENDANT

\* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Notice is given that Michael L. Goodwin hereby enters his appearance as co-counsel for defendant Jerlen Horton in this matter.

Respectfully submitted,

*/s/Michael L. Goodwin*

MICHAEL L. GOODWIN
600 West Main Street, Suite 100
Louisville, Kentucky 40202
502-584-7622

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed with the Clerk of the Court through the ECF system, which will electronically serve all counsel of record, on this the 2nd day of July 2024.

*/s/Michael L. Goodwin*
MICHAEL L. GOODWIN

1