**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                                                 **CASE NO. 3:22-CR-00037-RGJ-1**

**JERLEN HORTON**                                                 **DEFENDANT**

**MOTION TO ADOPT AND JOIN IN CO-DEFENDANT**
**CHICOBY SUMMERS' OBJECTION TO FRE 404(b)**
**EVIDENCE PROFFERED BY THE UNITED STATES [DN 48]**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **JERLEN HORTON** (hereinafter "Horton")**,** by counsel, and respectfully moves the Court to permit him to adopt and join in Co-Defendant Chicoby Summers' Objection to FRE 404( b) Evidence Proffered by the United States [DN 48], the same as if it had been filed by himself.

WHEREFORE, Horton respectfully requests the Court to permit him to adopt and join in Co-Defendant Chicoby Summers' Objection to FRE 404(b) Evidence Proffered by the United States [DN 48], the same as if it had been filed by himself.

                                         Respectfully Submitted,

                                         /s/ Patrick J. Renn
                                         Counsel for Defendant
                                         600 West Main Street, Suite 100
                                         Louisville, Kentucky 40202
                                         (502) 540-5700
                                         (502) 568-3600 (fax)
                                         prenn@600westmain.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 8, 2024, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

         /s/ Patrick J. Renn
         Counsel for Defendant
         600 West Main Street, Suite 100
         Louisville, Kentucky 40202
         (502) 540-5700
         (502) 568-3600
         prenn@600westmain.com