**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**v.**                                                                          **CASE NO. 3:22-CR-00037-RGJ-1**

**JERLEN HORTON**                                                                                **DEFENDANT**

**MOTION TO ADOPT AND JOIN IN CO-DEFENDANT**
**CHICOBY SUMMERS' MOTION TO SUPPRESS [DN 51]**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **JERLEN HORTON** (hereinafter "Horton"), by counsel, and respectfully moves the Court to permit him to adopt and join in Co-Defendant Chicoby Summers' Motion to Suppress [DN 51], the same as if it had been filed by himself.

WHEREFORE, Horton respectfully requests the Court to permit him to adopt and join in Co-Defendant Chicoby Summers' Motion to Suppress [DN 51], the same as if it had been filed by himself.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2024, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

      /s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com