**FILED**
JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

Plaintiff

v.

Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON
CHICOBY SUMMERS

Defendants

## VERDICT FORM

**Count 1 (Jerlen Horton):**
**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES**

Question 1.  With respect to the charge in Count 1, Conspiracy to Possess with Intent to Distribute controlled substances, we, the jury, find the defendant, Jerlen Horton:

GUILTY __✓__          NOT GUILTY _____

160
Juror No.

Date: __7/29/24__

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to the next count.

1

Question 1(a).  With respect to Count 1, the amount of the mixture or substance containing a detectable amount of fentanyl, heroin, or cocaine base that was attributable to defendant Jerlen Horton, as the result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him was (indicate answer by checking one line below):

Fentanyl

_____✓_____ 400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

_____ none

Heroin

_____✓_____ 100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

_____ none

Cocaine Base

_____✓_____ a mixture or substance containing a detectable amount of cocaine base

_____ none

_160_
Juror No.

Date: __7/29/24__

2

**FILED**
JAMES J. VILT, JR. - CLERK

**JUL 2 9 2024**

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

Plaintiff

v.

Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON
CHICOBY SUMMERS

Defendants

## VERDICT FORM

**Count 1 (Chicoby Summers):**
**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED
SUBSTANCES**

Question 1.  With respect to the charge in Count 1, Conspiracy to Possess with Intent to

Distribute controlled substances, we, the jury, find the defendant, Chicoby Summers:

GUILTY___✓___          NOT GUILTY_____



160
Juror No.

Date: _7/29/24_

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

Question 1(a).  With respect to Count 1, the amount of the mixture or substance containing a detectable amount of fentanyl, heroin, or cocaine base that was attributable to defendant Chicoby Summers, as the result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him was (indicate answer by checking one line below):

Fentanyl

_____✓_____ 400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

_____ none

Heroin

_____✓_____ 100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

_____ none

Cocaine Base

_____✓_____ a mixture or substance containing a detectable amount of cocaine base

_____ none

*160*
Juror No.

Date: __7/29/24__

4

FILED

JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

Plaintiff

v.

Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON
CHICOBY SUMMERS

Defendants

**VERDICT FORM**

**Count 2 (Jerlen Horton):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

Question 1.  With respect to the charge in Count 2, Possession with Intent to Distribute

Fentanyl, we, the jury, find the defendant, Jerlen Horton:

GUILTY___✓___          NOT GUILTY_____



160
Juror No.

Date: 7/29/24

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

5

Question 1(a).  With respect to Count 2, the amount of the mixture or substance containing a detectable amount of fentanyl attributable to Jerlen Horton was (indicate answer by checking one line below):

_____✓_____ 400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

*160*

uror No.

Date: *7/29/24*

6

**FILED**

JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

Plaintiff

v.

Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON
CHICOBY SUMMERS

Defendants

**VERDICT FORM**

**Count 2 (Chicoby Summers):**
**POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE**

Question 1.  With respect to the charge in Count 2, Possession with Intent to Distribute

Fentanyl, we, the jury, find the defendant, Chicoby Summers:

GUILTY ___✓___        NOT GUILTY _____

*160*
Juror No.

Date: _7/29/24_

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

Question 1(a). With respect to Count 2, the amount of the mixture or substance containing a detectable amount of fentanyl attributable to Chicoby Summers was (indicate answer by checking one line below):

_____✓_____ 400 grams or more of a mixture or substance

_____ 40 grams or more but less than 400 grams of a mixture or substance

_____ less than 40 grams of a mixture or substance

*160*

uror No.

Date: *7/29/24*

8

FILED

JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                          Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                              Defendants
CHICOBY SUMMERS

## VERDICT FORM

### Count 3 (Jerlen Horton):
### POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

Question 1.  With respect to the charge in Count 3, Possession with Intent to Distribute

Heroin, we, the jury, find the defendant, Jerlen Horton:

GUILTY __✓__          NOT GUILTY _____

_160_
_ror No.

Date: _7/29/24_

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

Question 1(a). With respect to Count 3, the amount of the mixture or substance containing a detectable amount of heroin attributable to Jerlen Horton was (indicate answer by checking one line below):

_____✓_____ 100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

160
Juror No.

Date: _7/29/24_____

10



**FILED**
JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

Plaintiff

v.                                                     Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                                                        Defendants
CHICOBY SUMMERS

## VERDICT FORM

### Count 3 (Chicoby Summers):
### POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

Question 1.  With respect to the charge in Count 3, Possession with Intent to Distribute

Heroin, we, the jury, find the defendant, Chicoby Summers:



GUILTY __✓__          NOT GUILTY _____

_160_
Juror No.

Date: _7/29/24_

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

11

Question 1(a).  With respect to Count 3, the amount of the mixture or substance containing a detectable amount of heroin attributable to Chicoby Summers was (indicate answer by checking one line below):

_____✓_____ 100 grams or more of a mixture or substance

_____ less than 100 grams of a mixture or substance

*160*

or No.

Date: 7/29/24

12

FILED

JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

Plaintiff

v.

Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON
CHICOBY SUMMERS

Defendants

## VERDICT FORM

### Count 4 (Jerlen Horton):
### POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

With respect to the charge in Count 4, Possession with Intent to Distribute Cocaine Base,

we, the jury, find the defendant, Jerlen Horton:

GUILTY _____ ✓          NOT GUILTY_____

_160_

or No.

Date: _7/29/24_

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

Question 1(a).  With respect to Count 4, the amount of the mixture or substance containing a detectable amount of cocaine base attributable to Jerlen Horton was (indicate answer by checking one line below):

_____✓_____ a mixture or substance containing a detectable amount of cocaine base

_____ none

<br>

_____160_____
Juror No.

Date: _7/29/24_

14



FILED

JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                              Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                              Defendants
CHICOBY SUMMERS

## VERDICT FORM

### Count 4 (Chicoby Summers):
### POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

With respect to the charge in Count 4, Possession with Intent to Distribute Cocaine Base,

we, the jury, find the defendant, Chicoby Summers:

GUILTY____✓____          NOT GUILTY_____

[REDACTED]                                    _____/LO_____
                                              uror No.

Date: __7/29/24__

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a), and move on to

the next count.

15

Question 1(a).  With respect to Count 4, the amount of the mixture or substance containing a detectable amount of cocaine base attributable to Chicoby Summers was (indicate answer by checking one line below):

_____✓_____ a mixture or substance containing a detectable amount of cocaine base

_____ none

_160_
uror No.

Date: _7/29/24_

16

**FILED**

JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                    Plaintiff

v.                                                    Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                                    Defendants
CHICOBY SUMMERS

## VERDICT FORM

### Count 5 (Jerlen Horton):
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
### TRAFFICKING CRIME

With respect to the charge in Count 5, Possession of a Firearm in Furtherance of a Drug

Trafficking Crime, we, the jury, find the defendant, Jerlen Horton:

GUILTY___✓___          NOT GUILTY_____

_160_
Juror No.

Date: _7/29/24_____

17

**FILED**

JAMES J. VILT, JR. - CLERK

JUL 2 9 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY    U.S. DISTRICT COURT
LOUISVILLE DIVISION    WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                    Plaintiff

v.                                    Criminal Action No. 3:22-cr-37-RGJ

JERLEN HORTON                                    Defendants
CHICOBY SUMMERS

### VERDICT FORM

**Count 6 (Chicoby Summers):**
**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING
CRIME**

With respect to the charge in Count 6, Possession of a Firearm in Furtherance of a Drug

Trafficking Crime, we, the jury, find the defendant, Chicoby Summers:

GUILTY___✓___            NOT GUILTY_____

160

or No.

Date: ___7/29/24___